FILED
CLERK OF COURT
PARISH OF LIVINGSTON
2022 MAR 21 PM 4:08
DEPUTY CLERK

| | | |
|---|---|---|
| CHARLES WILD AND KATHY WILD | * | NUMBER: 173438 C |
| VERSUS | * | 21ST JUDICIAL DISTRICT COURT |
| THOMAS L. BRITT, NFI FREIGHT, INC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, IN SOLIDO | * | LIVINGSTON PARISH, LOUISIANA |
| PERMANENT ASSIGNMENT | * | SECTION: |

**PETITION**

The petition of Charles Wild and Kathy Wild, who reside and are domiciled in Benton, Bossier Parish, Louisiana, respectfully represent:

1.

The following parties, made defendants herein, are justly and legally indebted unto your petitioners, Charles Wild and Kathy Wild, for the full amounts which will be required to fix or make up for what cannot be fixed including the injuries, harms and losses they suffered and will continue to suffer into the future as the result of the 18-wheeler wreck described below and as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, for the reasons and causes of action hereinafter stated:

(a) Thomas L. Britt, an individual of the full age of majority, who resides and is domiciled 2516 Triangle Leaf Drive, Fort Worth, Texas, 76244; pursuant to **Louisiana Long Arm Statute LSA-R.S. 13.3201 et. Seq;**

(b) NFI Interactive Logistics, LLC, a foreign business, authorized to do and doing business in the State of Louisiana, which may be served through its agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802; and

(c) National Union Fire Insurance Company of Pittsburg, PA, a foreign insurance company, authorized to do and doing business in the

EXHIBIT A

State of Louisiana, which may be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

2.

At all times mentioned herein:

(a) Charles Wild, an individual of the full age of majority, was the owner and operator of the 2016 Ford F-150 truck, bearing Louisiana license number C413409;

(b) Charles Wild was towing a Casita camper behind the 2016 Ford F-150 described above;

(c) Kathy Wild, an individual of the full age of majority, was the guest passenger of the 2016 Ford F-150 truck described above;

(d) Charles Wild and Kathy Wild are husband and wife and were traveling together on a recreational trip returning home to Benton, Louisiana.

(e) Thomas L. Britt, an individual of the full age of majority, worked as a professional truck driver for NFI Interactive Logistics, LLC and was the operator of the 2012 Kenworth T7 Series 18-wheeler, bearing Texas license number R370865;

(f) Laredo Leasing Company LLC, was the owner of the Kenworth T7 Series 18-wheeler;

(g) NFI Interactive Logistics, LLC was the employer of Thomas L. Britt, who was acting in the course and scope of his employment and on a mission for his employer; and

(h) National Union Fire Insurance Company of Pittsburg, PA was the commercial liability insurance carrier for NFI Interactive Logistics, LLC covering the 18-Wheeler described above.

3.

The injuries, harms and losses resulted from an 18-wheeler crashing into petitioners' vehicle on August 13, 2021, at approximately 9:45 a.m. on Interstate 12 in Livingston, Livingston Parish, Louisiana.

4.

At the time and place and under the circumstances aforesaid, your petitioners, Charles Wild and Kathy Wild, were traveling west bound on Interstate 12 slowing for traffic congestion, when the defendant, Thomas L. Britt, who was traveling directly behind petitioners, due to his distraction failed to slow down for petitioners' slowing vehicle, striking petitioners' camper and truck in the back, causing petitioners' camper to detach from their truck, causing the injuries, harms and losses as complained of herein.

5.

Petitioners were free of any negligence and did not contribute to the cause of this collision in any way.

6.

Petitioners herein show that the collision and resulting damages were caused by the negligence of the said defendant, Thomas L. Britt, in the following non-exclusive particulars:

(a) For following too closely;

(b) Failure to see what should have been seen, petitioners' slowing vehicle;

(c) Failure to operate his vehicle in a careful and prudent manner;

(d) Failure to take evasive action to avoid the impact;

(e) Failure to stop his vehicle prior to impact;

(f) Driving while distracted;

(g) Failure to obey Louisiana Statutory Laws; and

(h) For other acts and omissions to be shown at trial hereof.

7.

Petitioners herein show that the collision and resulting damages were caused by the strict and vicarious liability of said defendant, NFI Interactive Logistics, LLC, as follows:

(a) As the employer of Thomas L. Britt, who was acting in the course and scope of his employment at the time of the collision;

(b) Failure to properly supervise and train Thomas L. Britt;

(c) Failure to enforce company safety policies and procedures; and

(d) Other acts and omissions to be shown at trial hereof.

8.

Before the wreck, National Union Fire Insurance Company of Pittsburg, PA issued to NFI Interactive Logistics, LLC, a commercial liability insurance policy insuring them and any employee operator against any liability for negligence in the operation of a motor vehicle. Thomas L. Britt was such an employee operator and said policy of insurance being in full force and effect at the time of the incident complained of herein.

9.

As a result of the aforesaid collision, petitioner, Charles Wild, suffered pain, mental anguish and distress as a result of the injuries he sustained in said collision including, but not limited to, headaches, neck injury and pain, back injury and pain and hip injury and pain.

10.

Petitioner, Charles Wild, has sustained such damages as are reasonable in the premises, including, but not limited to property damage, rental and loss of use, past and future medical expenses, medical report charges, past, present, and future pain and suffering, loss of enjoyment of life, and past, present, and future mental anguish and distress, as a result of the above-described collision.

11.

As a result of the aforesaid collision, petitioner, Kathy Wild, suffered pain, mental anguish and distress as a result of the injuries she sustained in said collision including, but not limited to, headaches, neck injury and pain, and back injury and pain.

12.

Petitioner, Kathy Wild, has sustained such damages as are reasonable in the premises, including, but not limited to property damage, rental and loss of use, past and future medical expenses, medical report charges, past, present and future pain and suffering, loss of enjoyment of life, and past, present, and future mental anguish and distress, as a result of the above-described collision.

13.

The value of the cause of action of the individual plaintiff exceeds the jurisdictional amount required for trial by jury is in in excess of $75,000.00.

14.

Petitioners show that it will be necessary to call expert witnesses at the trial of this matter, and that the fees of such witnesses should be set by the court and should be taxed as costs of this suit against defendants.

WHEREFORE, PETITIONERS PRAY that defendants, Thomas L. Britt, NFI Interactive Logistics, LLC, and National Union Fire Insurance Company of Pittsburg, PA, be duly cited to appear and answer this petition, and that each be served with a copy hereof;

That after necessary legal delays and due proceedings had, there would be judgment therein in favor of petitioners, Charles Wild and Kathy Wild, and against defendants, Thomas L. Britt, NFI Interactive Logistics, LLC and National Union Fire Insurance Company of Pittsburg, PA, jointly, severally and in solido, for such damages as are reasonable in the premises, including, but not limited to property damage, past and future medical expenses, medical report charges, past, present and future pain and

suffering, loss of enjoyment of life, property damage, rental expenses, loss of use, and past, present, and future mental anguish and distress, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings;

That the fees of expert witnesses be set by the court and taxed as costs of this suit against defendants;

For all costs of this suit, and for full, general and equitable relief for all orders and decrees necessary and proper in the premises.

Respectfully Submitted,
RICE & KENDIG, LLC

William F. Kendig - Bar No. 17644
J. Marshall Rice – Bar No. 28980
Jason B. Nichols – Bar No. 28704
Franeka D. Taylor – Bar No. 40070
1030 Kings Highway
Shreveport, Louisiana 71104
Telephone: (318) 222-2772
Facsimile: (318) 222-2770

ATTORNEYS FOR PETITIONERS

**PLEASE SERVE:**

Thomas L. Britt
2516 Triangle Leaf Drive
Fort Worth, Texas, 76244
**Pursuant to the Louisiana Long Arm Statute**

NFI Interactive Logistics, LLC
Through its agent for service of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

National Union Fire Insurance Company of Pittsburg, PA
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

Service
LA

CIVIL

# RICE & KENDIG

(A LIMITED LIABILITY COMPANY)
*Attorneys at Law*
1030 Kings Highway
Shreveport, Louisiana 71104

**William F. Kendig, APLC**
**J. Marshall Rice, APLC***
**Jason B. Nichols**
**Franeka D. Taylor**

**M. Carl Rice, of Counsel***
***Also Admitted in Texas**

**Telephone: (318) 222-2772**
**Facsimile: (318) 222-2770**
**Email: jmrice@ricekendig.com**
**Website: www.ricekendig.com**

FILED
CLERK OF COURT
PARISH OF LIVINGSTON
2022 MAR 21 PM 4:08
DEPUTY CLERK

March 16, 2022

Mr. Jason B. Harris
Livingston Parish Clerk of Court
P.O. Box 1150
Livingston, Louisiana 70754

173438 C

Re: Charles and Kathy Wild v Thomas L. Britt, NFI Freight, Inc. and National Union Fire Insurance of Pittsburg, PA, In Solido

Dear Mr. Harris:

Attached please find the original and four (4) photocopies of plaintiff's Petition for Damages. I ask that you file this matter into the record. Upon filing, please return a stamped filed and conformed copy in the pre-addressed, stamped envelopes enclosed.

I have also enclosed our firm check, in the amount of $500.00, to cover the cost of the filing. Should you have any questions please feel free to contact my office.

Thank you for your cooperation and assistance, I remain

Sincerely,

*/s/ William F. Kendig*

William F. Kendig

/mb
Attachments

FILED
CLERK OF COURT
PARISH OF LIVINGSTON

2022 MAR 21 PM 4:08

DEPUTY CLERK

| | | |
|---|---|---|
| CHARLES WILD AND KATHY WILD | * | NUMBER: 173438- C |
| VERSUS | * | 21ST JUDICIAL DISTRICT COURT |
| THOMAS L. BRITT, NFI FREIGHT, INC. AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, IN SOLIDO | * | LIVINGSTON PARISH, LOUISIANA |
| PERMANENT ASSIGNMENT | * | SECTION: |

WRITTEN REQUEST FOR NOTICE OF TRIAL AND OF JUDGMENT

NOW INTO COURT, come plaintiffs, through undersigned counsel, and request that they be given ten (10) days notice of the date of trial of the above cause by the Clerk of Court of the above court pursuant to Article 1572 of the Louisiana Code of Civil Procedure and request written notice of all final judgments and interlocutory judgments pursuant to Articles 1913 and 1914 of the Louisiana Code of Civil Procedure in regard to all hearings held in the captioned matter.

Respectfully Submitted,

RICE & KENDIG, LLC

William F. Kendig - Bar No. 17644
1030 Kings Highway
Shreveport, Louisiana 71104
Telephone: (318) 222-2772
Facsimile: (318) 222-2770

ATTORNEYS FOR PETITIONERS

*CITATION*

**PETITION/ WRITTEN REQUEST FOR NOTICE OF TRIAL AND OF JUDGMENT**

*WILD, CHARLES - ET AL*

*Vs.*

*THOMAS, BRITT L - ET AL*




*Case: 00000173438*
*Division: C*
*21st Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

*To:* THOMAS L. BRITT
PURSUANT TO THE LOUISIANA LONG ARM STATUTE
2516 TRIANGLE LEAF DRIVE
FORT WORTH, TEXAS 76244 *of ------------- Parish*

***YOU ARE HEREBY SUMMONED*** *to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within THIRTY (30) days after the service hereof, under penalty of default.*

***WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON MARCH 23, 2022.***

*Clerk of Court*
*21st Judicial District*
*Parish of Livingston*

***S.ROOT*** ______________________
*Deputy Clerk of Court*

*Attorney*
WILLIAM F. KENDIG
1030 KINGS HIGHWAY
SHREVEPORT, LA 71104

***Service Information***

*Received on the _______ day of ____________________, 20____ and on the _________ day of ____________________, 20____ served the above named party as follows:*

***Personal Service*** *on the party herein named ____________________________________________.*
***Domiciliary Service*** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of ______________________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*DUE & DILIGENT UNABLE TO SERVE BECAUSE:*__________________________________________

______________________________________________________________________________

*Returned:*
*Parish of* ________________________________ *this* ________ *day of* ____________________, *20*_____.

*Service* *$*__________

*Mileage* *$*__________

*Total* *$*__________

*By:* ____________________________________________
*Deputy Sheriff*

*CITATION*
**PETITION/ WRITTEN REQUEST FOR NOTICE OF TRIAL AND OF JUDGMENT**

*WILD, CHARLES - ET AL*

*Vs.*

*THOMAS, BRITT L - ET AL*




***Case: 000000173438***
***Division: C***
***21st Judicial District Court***
***Parish of Livingston***
***State of Louisiana***

*To:*
NFI Interactive Logistics, LLC
Through its agent for service of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

*of EAST BATON ROUGE Parish*

***YOU ARE HEREBY SUMMONED*** *to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within THIRTY (30) days after the service hereof, under penalty of default.*

***WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON MARCH 23, 2022.***

*Clerk of Court*
*21st Judicial District*
*Parish of Livingston*

***S.ROOT***________________________
***Deputy Clerk of Court***

*Attorney*
WILLIAM F. KENDIG
1030 KINGS HIGHWAY
SHREVEPORT, LA 71104

***Service Information***

*Received on the ______ day of __________________, 20____ and on the ________ day of*

*__________________, 20____ served the above named party as follows:*

***Personal Service*** *on the party herein named* ________________________________________.
***Domiciliary Service*** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of* ________________________________________*, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*DUE & DILIGENT UNABLE TO SERVE BECAUSE:*________________________________________

______________________________________________________________________________

*Returned:*
*Parish of* ______________________________ *this* _______ *day of* ____________________*, 20*_____.

*Service* $_________

*Mileage* $_________

*Total* $_________

*By:* ________________________________________
*Deputy Sheriff*

*CITATION*

**PETITION/ WRITTEN REQUEST FOR NOTICE OF TRIAL AND OF JUDGMENT**

*WILD, CHARLES - ET AL*

*Vs.*

*THOMAS, BRITT L - ET AL*




*Case: 000000173438*
*Division: C*
*21st Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

*To:*

National Union Fire Insurance Company of Pittsburg, PA
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

*of EAST BATON ROUGE Parish*

***YOU ARE HEREBY SUMMONED*** *to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within THIRTY (30) days after the service hereof, under penalty of default.*

*WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON MARCH 23, 2022.*

*Clerk of Court*
*21st Judicial District*
*Parish of Livingston*

*S.ROOT*____________________
*Deputy Clerk of Court*

*Attorney*
WILLIAM F. KENDIG
1030 KINGS HIGHWAY
SHREVEPORT, LA 71104

***Service Information***

*Received on the ______ day of ________________, 20____ and on the _______ day of ________________, 20____ served the above named party as follows:*

***Personal Service*** *on the party herein named ________________________________________.*
***Domiciliary Service*** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of ________________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*DUE & DILIGENT UNABLE TO SERVE BECAUSE:*____________________________________

______________________________________________________________________

*Returned:*
*Parish of* ____________________________ *this* ______ *day of* __________________, *20*____.

*Service* *$*________

*Mileage* *$*________

*Total* *$*________

*By:* ____________________________________
*Deputy Sheriff*

CITATION

PETITION/ WRITTEN REQ[illegible] FOR NOTICE OF TRIAL AND OF JUDGMENT

*WILD, CHARLES - ET AL*

*Vs.*

*THOMAS, BRITT L - ET AL*




*Case: 000000173438*
*Division: C*
*21st Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

*To:*

National Union Fire Insurance Company of Pittsburg, PA
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

*of EAST BATON ROUGE Parish*

***YOU ARE HEREBY SUMMONED*** *to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within THIRTY (30) days after the service hereof, under penalty of default.*

*WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON MARCH 23, 2022.*

I made service on the named party through the Office of the Secretary of State on APR 08 2022 by tendering a copy of this document to: JULIE NESBITT
BY [illegible] #3603
Deputy [illegible], Parish of East Baton Rouge, LA

*Clerk of Court*
*21st Judicial District*
*Parish of Livingston*



*S.ROOT*
*Deputy Clerk of Court*

FILED
CLERK OF COURT
PARISH OF LIVINGSTON
2022 MAR 26 AM 8:30
DEPUTY CLERK

*Attorney*
WILLIAM F. KENDIG
1030 KINGS HIGHWAY
SHREVEPORT, LA 71104

*Service Information*

*Received on the _______ day of __________________, 20_____ and on the _________ day of __________________, 20____ served the above named party as follows:*

***Personal Service*** *on the party herein named ______________________________.*

***Domiciliary Service*** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of ______________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

DUE & DILIGENT UNABLE TO SERVE BECAUSE

ATION
PETITION/ WRITTEN REQUE[illegible] NOTICE OF TRIAL AND OF JUDGMENT

*WILD, CHARLES - ET AL*

*Vs.*

*THOMAS, BRITT L - ET AL*




*Case: 000000173438*
*Division: C*
*21st Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

*To:*
NFI Interactive Logistics, LLC
Through its agent for service of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

*of EAST BATON ROUGE Parish*

***YOU ARE HEREBY SUMMONED*** *to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within THIRTY (30) days after the service hereof, under penalty of default.*

***WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON MARCH 23, 2022.***

I made service on the named party through the
CORPORATION SERVICE COMPANY
APR 0 8 2022
by tendering a copy of this document to
MELISSA HARDIN
DY. M. LOCKWOOD #0803
Dy. Sheriff, Parish of East Baton Rouge, Louisiana

*Clerk of Court*
*21st Judicial District*
*Parish of Livingston*

***S.ROOT***
***Deputy Clerk of Court***




*Attorney*
WILLIAM F. KENDIG
1030 KINGS HIGHWAY
SHREVEPORT, LA 71104

***Service Information***

*Received on the _______ day of __________________, 20_____ and on the _________ day of __________________, 20____ served the above named party as follows:*

***Personal Service*** *on the party herein named ______________________________.*

***Domiciliary Service*** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of ______________________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*DUE & DILIGENT UNABLE TO SERVE BECAUSE:*